UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 10-CR-14042-GRAHAM/MAYNARD

UNITED STATES OF AMERICA

v.

ROBERT CHARLES ESCALA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBERS 1 THROUGH 5

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") filed by the United States Probation Office **[ECF No. 48]** on January 17, 2024.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on February 23, 2024 **[ECF No. 58]**. A Report and Recommendation was filed on February 23, 2024, recommending that the Defendant's admission of guilt as to Violations 1, 2, 3, 4, and 5 of the Petition be accepted **[ECF No. 59]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 59]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violations 1, 2, 3, 4, and 5 of the Petition. Violation 1 charges Defendant with violating the law by failing to report internet identifiers as required on his sex offender registration, in violation of Florida Statute 943.0435(4)(e). Violations 2 and 3 charge Defendant with possessing or using computer tablets without prior approval of the Court. Violation 4 charges Defendant with possession of adult pornography on his computer tablets. Violation 5 charges Defendant with failing to successfully participate in sex offender treatment. Therefore, Defendant has been found to violate several conditions of his supervised release, and a

Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Wednesday, March 6, 2024, at 1:00 p.m.**, before the Honorable District Judge Donald L. Graham at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 1st day of March, 2024.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office