UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 10-CR-14042 MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT CHARLES ESCALA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Report and Recommendation on The Petition for Warrant or Summons for Offender Under Supervision ("Petition") **[ECF No. 64]**.

**THE MATTER** was heard before Magistrate Judge Shaniek Mills Maynard on January 14, 2026. A Report and Recommendation was filed on February 10, 2026 **[ECF No. 86]**, recommending to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 1 through 2. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 86]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Sentencing Hearing in this matter has been set for **February 27, 2026 at 12:15 p.m.**, before the Honorable District Judge Donald L. Graham at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 25th day of February 2026.

DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office